UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JANTOS, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

DIRECTV, et al.

Defendants.

C18-413 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 9, is GRANTED, and the following deadlines are EXTENDED:

| | |
|---|---|
| Any responsive pleading or motion is DUE by | May 11, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 15, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 29, 2018 |
| Combined Joint Status Report and Discovery Plan | June 29, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1