HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES JANTOS, individually, and on behalf of similarly situated individuals,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTV, a Delaware Corporation; DIRECTV, LLC, a California Limited Liability Corporation; and QWEST CORPORATION d/b/a CENTURYLINK QC, a Colorado Corporation,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 2:18-CV-00413 TSZ<br><br>**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS DIRECTV AND DIRECTV, LLC** |

## **STIPULATION**

Pursuant to LCR 83.2(b)(1) Plaintiff James Jantos, Defendants DirecTV and DirecTV, LLC, and Defendant Qwest Corporation d/b/a CenturyLink QC hereby stipulate and agree to the withdrawal of John R. Neeleman and Gwendolyn C. Payton of Kilpatrick Townsend & Stockton LLP and agree to the substitution of Emily J. Harris and Jordann M. Hallstrom of CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP as counsel for Defendants DirecTV and DirecTV, LLC only.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS DIRECTV AND
DIRECTV, LLC - 1
[CASE NO. 18-cv-00413-TSZ]

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

STIPULATED TO this 1st day of May, 2018.

| | |
|---|---|
| *s/ Chris R. Youtz, with email permission* <br> Chris R. Youtz, WSBA No. 7786 <br> Richard E. Spoonemore, WSBA No. 21833 <br> SIRIANNI YOUTZ SPOONEMORE HAMBURGER <br> 701 Fifth Avenue, Suite 2560 <br> Seattle, WA 98104 <br> Telephone: (206) 223-0303 <br> chris@sylaw.com <br> rspoonemore@sylaw.com | *s/ Emily J. Harris* <br> Emily J. Harris, WSBA No. 35763 <br> Jordann M. Hallstrom, WSBA No. 48036 <br> CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154 <br> Telephone: (206) 625-8600 <br> eharris@corrcronin.com <br> jhallstrom@corrcronin.com <br><br> ***Substituting Attorneys for Defendants DirecTV and DirecTV, LLC*** |
| *s/ Michael D. Myers, with email permission* <br> Michael D. Myers, WSBA No. 22486 <br> MYERS & COMPANY <br> 1530 Eastlake Avenue East <br> Seattle, WA 98102 <br> Telephone: (206) 398-1188 <br> mmyers@myers-company.com <br><br> ***Attorneys for Plaintiff*** | *s/John R. Neeleman, with email permission* <br> John R. Neeleman, WSBA No. 19752 <br> Gwendolyn C. Payton, WSBA No. 26752 <br> KILPATRICK TOWNSEND & STOCKTON LLP <br> 1420 Fifth Avenue, Suite 3700 <br> Seattle, WA 98101 <br> Telephone: (206) 626-7713 <br> jneeleman@kilpatricktownsend.com <br> gpayton@kilpatricktownsend.com <br><br> ***Withdrawing Attorneys for Defendants DirecTV and DirecTV, LLC*** |
| | *s/Amanda J. Beane, with email permission* <br> Erin K. Earl, WSBA No. 49341 <br> Todd M. Hinnen, WSBA No. 27176 <br> Amanda J. Beane, WSBA No. 33070 <br> PERKINS COIE <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101 <br> Telephone: (206) 359-3384 <br> eearl@perkinscoie.com <br> thinnen@perkinscoie.com <br> abeane@perkinscoie.com <br><br> ***Attorneys for Defendant Qwest Corporation d/b/a CenturyLink QC*** |

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS DIRECTV AND DIRECTV, LLC - 2
[CASE NO. 18-cv-00413-TSZ]

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

# ORDER

IT IS SO ORDERED.

DATED: May 7, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| Emily J. Harris, WSBA No. 35763<br>Jordann M. Hallstrom, WSBA No. 48036<br>CORR CRONIN MICHELSON<br>BAUMGARDNER FOGG & MOORE LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>eharris@corrcronin.com<br>jhallstrom@corrcronin.com | Chris R. Youtz, WSBA No. 7786<br>Richard E. Spoonemore, WSBA No. 21833<br>SIRIANNI YOUTZ SPOONEMORE<br>HAMBURGER<br>701 Fifth Avenue, Suite 2560<br>Seattle, WA 98104<br>chris@sylaw.com<br>rspoonemore@sylaw.com |
| ***Substituting Attorneys for Defendants DirecTV and DirecTV, LLC*** | Michael D. Myers, WSBA No. 22486<br>MYERS & COMPANY<br>1530 Eastlake Avenue East<br>Seattle, WA 98102<br>mmyers@myers-company.com |
| John R. Neeleman, WSBA No. 19752<br>Gwendolyn C. Payton, WSBA No. 26752<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, WA 98101<br>jneeleman@kilpatricktownsend.com<br>gpayton@kilpatricktownsend.com | ***Attorneys for Plaintiff*** |

***Withdrawing Attorneys for Defendants DirecTV and DirecTV, LLC***

Erin K. Earl, WSBA No. 49341
Todd M. Hinnen, WSBA No. 27176
Amanda J. Beane, WSBA No. 33070
PERKINS COIE
1201 Third Avenue, Suite 4900
Seattle, WA 98101
eearl@perkinscoie.com
thinnen@perkinscoie.com
abeane@perkinscoie.com

***Attorneys for Defendant Qwest Corporation d/b/a CenturyLink QC***

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS DIRECTV AND DIRECTV, LLC - 3
[CASE NO. 18-cv-00413-TSZ]

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600