# EXHIBIT H

# DIRECTV RESIDENTIAL CUSTOMER AGREEMENT

**Effective as of March 1, 2018 until replaced**

**THIS DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT OF AND PAYMENT FOR DIRECTV® SERVICE.**
THIS AGREEMENT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS (SEE SECTION 8), AND ALSO LIMITS THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF A DISPUTE (SEE SECTION 7).

BY USING DIRECTV SERVICE, YOU AGREE: (A) THAT YOU HAVE READ AND UNDERSTAND THIS AGREEMENT AND AGREE TO ITS TERMS; (B) THAT YOU ARE 18 YEARS OF AGE OR OLDER (AT LEAST NINETEEN (19) IN ALABAMA AND NEBRASKA; TWENTY-ONE (21) IN MISSISSIPPI); (C) TO THE AT&T ACCEPTABLE USE POLICY (https://www.att.com/legal/terms.aup.html); (D) TO THE AT&T PRIVACY POLICY (https://about.att.com/sites/privacy_policy); AND (E) TO THE AT&T ACCESS ID TERMS OF SERVICE, (https://www.att.com/accessidterms). PLEASE CAREFULLY READ THESE DOCUMENTS TO ENSURE THAT YOU UNDERSTAND EACH PROVISION.
**IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR ORDER OR SERVICE SUBJECT TO APPLICABLE CANCELLATION TERMS AND/OR FEES (SECTION 5). IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING.**

THE EQUIPMENT LEASE AGREEMENT, AVAILABLE AT https://www.att.com/DTVEquipmentLeaseAgreement, GOVERNS YOUR RECEIPT, USE, AND RETURN OF LEASED EQUIPMENT AND RECEIVING EQUIPMENT (EACH AS DEFINED BELOW).
TO VIEW THIS AGREEMENT IN SPANISH, VISIT www.att.com/DTVCustomerAgreementespanol OR CALL 888.388.6622 TO REQUEST A PRINTED COPY. (VISITE A www.att.com/DTVCustomerAgreementespanol O LLAME AL 888.388.6622 PARA SOLICITAR ESTE DOCUMENTO.)

## CONTACTING DIRECTV:

To contact us, call 800.288.2020 and speak your request into our Automated Phone System, e.g., for technical issues, say "technical"; for on-screen messages, say the extension or message you see on your TV screen; to pay your bill, say "pay my bill"; for programming questions, say the name of the package or service, etc. For bill inquires, call hours are 8am – 1am (your local time) 7 days a week.

If your bill for DIRECTV Service comes from a party other than DIRECTV or AT&T, please use the contact information provided on your bill for any questions about your DIRECTV Service.

Thank you for choosing DIRECTV. DIRECTV and its parent, affiliates, subsidiaries and employees (defined here collectively as "DIRECTV" and referred to as "DIRECTV" or "we") provide digital satellite entertainment programming and services (referred to collectively as "Service") to residents of the United States. We do not provide, and you may not receive or use, Service at an address or location outside of the United States.

**CUSTOMER AGREEMENT**

**1. OUR SERVICE**

These are the terms on which we will provide you Service:

(a) Program Choices.

You must subscribe to a base package in order to receive additional Services such as premium movie services or sports subscriptions. All programming selections have their own rates, terms and conditions. Information about programming is at directv.com.

(b) Ordering Pay Per View.

Pay Per View transactions may be billed in the billing cycle, following the transaction. So long as payments are current, you will have a limit based on creditworthiness or for other reasons. Programs recorded to a DVR may automatically delete after 24 hours. If you call an agent to order, the maximum fee may apply (described in the Fee Schedule). A reduced fee is available for Pay Per View orders placed at directv.com or through the Automated Phone System. Repeated cancellation of previously ordered Pay Per View Services may result in cancellation of your account, restrictions on your ability to order Pay Per View Services, or imposition of additional fees for Pay Per View Services.

(1) On Demand/DIRECTV Cinema.®

Customers with advanced HD DVR equipment may also access additional titles and on demand programs by connecting the equipment to the internet.

(2) Other Authorized Devices.

Customers may also access certain titles and on demand programs by using a separately distributed DIRECTV software application on a compatible smartphone, tablet, computer or other device you provide that is authorized by DIRECTV ("an Authorized Device").

(c) Your Programming Changes.

You may change your programming selection by notifying us. A fee may apply to such changes (described in Section 5(b) and the Fee Schedule). Some programming may be purchased in minimum blocks of one month or multiples of one month.

(d) Our Programming Changes.

Many factors affect the availability, cost and quality of programming and may influence the decision to raise prices and the amount of any increase. These include, among others, programming and other costs, consumer demand, market and shareholder expectations, and changing business conditions. Accordingly, we reserve the unrestricted right to change, rearrange, add or delete our programming packages, the selections in those packages, our prices, technologies used to deliver the Service, and any other Service we offer, at any time. We will endeavor to notify you of any change that is within our reasonable control and its effective date. In most cases this notice will be about one month in advance. You always have the right to cancel your Service, in whole or in part, if you do not accept the change (see Section 5). Credits, if any, to your account will be posted as described in Section 5. If you do not cancel, your continued receipt of our Service will constitute acceptance.

(e) Access Card.

You have received a conditional access card (referred to as the "Access Card") and a License Agreement governing your use of the Access Card while you are receiving our Service. Access Cards are nontransferable and are the exclusive property of DIRECTV. If you tell us that the original Access Card was lost, damaged, defective or stolen, we will replace it, so long as there is no evidence of unauthorized tampering with or modification of the Access Card and your account is in good standing. Tampering with or other unauthorized modification of the Access Card is strictly prohibited and may result in criminal or civil action. Tampering with or inserting any device into your Leased Equipment other than an authorized unmodified Access Card is prohibited. DIRECTV reserves the right to cancel or replace the Access Card. Upon request, the card must be returned to DIRECTV. If you do not return the Access Card to DIRECTV when you cancel your Service, you may be charged a fee. Requesting Access Cards on behalf of other persons or for purposes other than lawful viewing of DIRECTV Service is prohibited.

(f) <u>Installation.</u>

You will provide DIRECTV and its subcontractors with reasonable access to your premises in order to install, maintain, and repair your Service and your Leased Equipment and, for as long as you continue to receive your Service, your Receiving Equipment; and you authorize any other adult resident or guest at your residence to grant access to your premises for these purposes. You understand and agree that DIRECTV may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, or repair your Service and your Equipment (as defined in Section 1(k)). If you do not own your premises or your unit is part of a multi-tenant environment (e.g., an apartment building, condominium, or private subdivision), you warrant that you have obtained permission from any necessary party, including, but not limited to, the owner, landlord, or building manager, to allow DIRECTV and its subcontractors reasonable access to install, maintain, and repair your Service and your Equipment and to make any alterations that DIRECTV deems appropriate for the work to be performed.

(g) <u>Phone/Internet Connections.</u>

For optimal performance of your Leased Equipment, including ordering with your remote control or receiving certain Services, your Leased Equipment must be directly connected to the same land-based telephone line or internet connection. If you add Service on additional TVs, you may purchase a separate subscription for each additional TV, or, if all your Leased Equipment is continuously connected to the same land-based telephone line or internet connection, we can charge you only the fee amounts listed in the <u>Equipment Lease Agreement</u>. You agree to provide true and accurate information about the location of your Leased Equipment. If it is determined that the Leased Equipment is not at the Service address identified on your account, we may disconnect the Leased Equipment or charge you the full programming subscription price for the Leased Equipment.

(h) <u>Mobile Units.</u>

We provide Service to Leased Equipment installed in mobile units such as campers, boats and other recreational vehicles. However, this Leased Equipment is not eligible for the additional TV authorization discount described in Section 1(g).

(i) <u>Private Viewing.</u>

We provide Service only for your private non-commercial use, enjoyment and home viewing. The programming may not be viewed in areas open to the public or in commercial establishments. You may not rebroadcast, transmit or perform the programming, charge admission for its viewing or transmit or distribute running accounts of it. You may not use any of our trademarks.

(j) <u>Blackouts.</u>

Certain programming, including sports events, may be blacked out in your local reception area. Blackout restrictions are decided by the sports leagues and the other entities that own the local broadcast rights. You may visit<https://support.directv.com/dtv-programming/directv-sports-blackouts-faq> for more blackout information. If you circumvent or attempt to circumvent any of these blackouts, you may be subject to legal action.

(k) Management of Leased Equipment and Receiving Equipment.

We reserve the right to manage the DIRECTV® Receiver(s), Genie® Mini(s), Genie 2™, Access Card(s), and/or remote control(s) (collectively referred to as "Leased Equipment") and your receiving antenna dish, mounting hardware, and cabling (collectively referred to as "Receiving Equipment") once it has been installed by us, for as long as you continue to receive Service, and retain exclusive rights to data generated by the Leased Equipment and the Receiving Equipment. Leased Equipment and Receiving Equipment shall collectively be referred to as "Equipment" herein. Neither you nor a third party may change, interfere with, or block access to the Equipment data or settings while you continue to receive your Service. Additional information regarding your Equipment is included in the Equipment Lease Agreement.

(l) Repair or Replacement of Equipment.

You must notify us immediately of any defect in, damage to or accident involving the Equipment. During the term of this Agreement, all maintenance and repair of Equipment must be performed by us or our designee(s). In addition to any applicable Dispatch Fee (as described in the Fee Schedule), you are responsible for damage to and the entire cost of any necessary service or repair of any Equipment that is attributable to your improper installation, abuse, or misuse of the Equipment, as determined by DIRECTV. We also reserve the right to charge reasonable shipping and handling fees in connection with replacement of any Equipment, other than Leased Equipment that requires replacement within 90 days of its initial activation. You understand that repair or replacement of the Equipment may (i) cause stored content to be deleted, (ii) reset personal settings, or (iii) otherwise alter the Equipment. You agree to use appropriate and reasonable care in using any and all Equipment provided to you. Any tampering with the Equipment, including, for example, opening and attempting to modify the Equipment, will be treated as damage due to your intentional acts or negligence.

(m) Loss of Equipment.

Please notify us immediately if any of the Equipment is lost or stolen. If you notify us within 5 days, we will not charge you for unauthorized use. In any case, we will not charge you for unauthorized use occurring after we receive your notice. For Leased Equipment, non-return fees will apply as specified in the Equipment Lease Agreement.

(n) Restrictions Related to Equipment.

You agree that you will use the Equipment only for its intended residential use and not for any other purpose. We consider you to be responsible for, and the recipient of programming on, any Equipment you lease or own. You are liable for charges incurred when the Equipment is used by you and when the Equipment is in use by others until your Service is cancelled or you notify us that the Equipment is lost or stolen as described above. You have no right to sell, give away, transfer, pledge, mortgage, alter, or tamper with the Leased Equipment and while you continue to receive Service, you have no right to sell, give away, transfer, pledge, mortgage, alter, or tamper with the Receiving Equipment. Once your Receiving Equipment has been installed, and while you continue to receive the Service, you may not move the Receiving Equipment to a different location or position at your address while you are receiving the Service. Additional information regarding service, care, maintenance and removal of, as well as responsibility for claims and demands arising out of or related to, the Receiving Equipment is included in the Equipment Lease Agreement.

(o) Your Viewing Restrictions.

It is your responsibility to impose any viewing restrictions on other family members or guests as you think appropriate. We are not responsible to you or anyone else based on the content of our programming. Please visit directv.com for information on parental controls, locks and limits and password protection on your account.

(p) Change of Address.

You must notify us immediately of any change in your name, mailing address, residence address or telephone number by contacting us at 800.288.2020.

## 2. PAYMENT

In return for receiving our Service, you promise to pay us as follows:

(a) Programming.

You will be billed in advance, at our rates in effect at the time for all Service(s) ordered by you or anyone who uses any Equipment or Authorized Device, with or without your permission, until the Service is canceled. If the Service is part of an offer through which you receive credits offsetting all or part of the Service price, such credits will be applied before the end of your promotional period. Interim payments may be required. If you cancel the Service, you are no longer entitled to receive the credits and we reserve the right to recoup pre-paid credits. The outstanding balance is due in full each month by the due date. To establish Service, you were required to provide a credit card. You may use this or another credit or debit card to establish recurring payments. See Section 5(e) regarding payment upon cancellation. We may, in our discretion, accept partial payments, which will be applied to the oldest outstanding statement. No "payment in full" notation or other restrictive endorsement written on your payments will restrict our ability to collect all amounts owing to us. If you do not pay your statements by the due date, we may reduce your Service to a minimum service level, at our rates in effect at the time, restrict the availability or renewability of your Service options, require immediate payment for Services ordered, or deactivate your Service.

(b) Monthly Fees For DIRECTV Receivers, Genie Minis and/or DIRECTV-Ready TVs/Devices.

You will pay in advance, at our rates in effect at the time, a TV Access Fee for each DIRECTV Receiver, Genie Mini, and/or DIRECTV-Ready TV/Device on your account as described in the Equipment Lease Agreement, provided you meet the qualifications specified in Section 1(g) and such equipment is located at your Service address.

(c) Taxes.

You will pay all state and local taxes or other governmental fees and charges, if any, which are assessed including any such taxes, fees or charges assessed against discounted fees or service credits.

(d) Auto Bill Pay.

When enrolling your account in Auto Bill Pay, you authorized AT&T and/or DIRECTV to charge your debit/credit card or bank account automatically to pay your monthly statements, as well as any unpaid balances and fees if your DIRECTV service is disconnected. To cancel your authorization for Auto Bill Pay, you must call 800.288.2020. You should also contact your card issuer or financial institution to advise that you have canceled your enrollment. You will lose any promotional credits associated with your account if you opt out from Auto Bill Pay.

(e) Other Fees.

We may charge fees that arise in specific circumstances only to those customers responsible for them. Additional information about some of the fees we charge is found at att.com/DIRECTVFees ("Fee Schedule"). This Fee

Schedule is hereby incorporated into this Agreement by reference. **Please see the Fee Schedule for additional fees.** We reserve the right to assess additional fees or modify these fees and you agree to pay the fees listed in Section 2 of this Agreement and the Fee Schedule, if assessed on your account:

(1) *Up to $4.25 Late Fee:*

If we do not receive your payment by the due date on your bill, we may charge you a late fee of (i) $4.25; or (ii) the maximum amount permitted under and subject to applicable law per month or partial month until the delinquent amount is paid in full. This late fee is not an interest charge, finance charge, time price differential or other such charge of a similar nature. You acknowledge that this fee is reasonably related to the actual expense we incur due to late payment and may be subject to limitations as set forth by the law in your state.

(2) *Up to $30.00 Returned Payment Fee,*

If any bank or other financial institution refuses to honor any payment, draft, order, item or instrument submitted for payment on your account, including without limitation electronic debits to debit cards and bank accounts. You acknowledge that this fee is not an interest charge, finance charge, time price differential or other such charge of a similar nature and it is reasonably related to the actual expense we incur due to unsatisfied payment.

(3) *Up to $20.00 Restoral Fee for Suspended Accounts.*

We may suspend or terminate Service if your payment is past due. When your Service is suspended for non-payment, you will be placed in a minimum service package with reduced programming, for a one-time flat fee of $9.99. If we suspend your Service for non-payment, you must pay all past due amounts in order to resume Service at any level above the minimum service package. In addition, to resume Service at any level above the minimum service package you must also pay an account Restoral Fee of up to $20.00. The Restoral Fee will be assessed on the next monthly bill you receive following the resumption of Service from the minimum service package.

(4) *Advance Payments, Deposits, Fees and Limits.*

We may require you to make deposits or advance payments for Services, which we may use to satisfy your initial bill for Services, to offset against any unpaid balance on your account, or as otherwise set forth in this Agreement or permitted by law. We reserve the right to require prepayment for any Service in our discretion. Interest will not be paid on advance payments or deposits unless required by law. We may require additional advance payments or deposits if we determine that the initial payment was inadequate. Upon determination solely by DIRECTV of satisfactory payment history or as required by law, DIRECTV may begin refunding of the deposit or advance payment through bill credits, cash payments, or as otherwise determined solely by DIRECTV. Based on your creditworthiness, a non-refundable fee may be required to establish service. We may require you to enroll, and remain enrolled, in an automatic payment or electronic funds transfer plan. We may establish additional limits and restrict service or features as we deem appropriate. If your account balance goes beyond the limit we set for you, we may immediately interrupt or suspend service until your balance is brought below the limit. Any charges you incur in excess of your limit become immediately due.

(f) Billing Statements.

We will send you a statement for each billing cycle (usually once every 30 days) regardless if you have a zero or nominal balance due, or a nominal credit balance, on your account at the end of a billing cycle. Statements will show: (1) payments, credits, purchases and any other charges to your account, (2) the amount you owe us and (3) the payment due date

(g) Questions About Your Statement.

If you think your statement is incorrect or if you need more information about it, contact us immediately. We will try to resolve any complaints you have as promptly as we can.
**You must contact us within 60 days of receiving any statement that you think is incorrect or that you need more information about. Undisputed portions of the statement must be paid by the due date to avoid a late fee and possible reduction or deactivation of Service.**

Remember, if your bill for DIRECTV Service comes from a party other than DIRECTV or AT&T, please use the contact information on your bill.

(h) <u>Bill Credits or Refunds.</u>

Any amounts refunded in the form of bill credits, cash payments or any other form, other than amounts reducing a specific line-item charge, shall be inclusive of all applicable taxes, fees and surcharges that were originally paid on such amounts. Credit amounts, such as customer loyalty rewards, that do not represent a refund of, or a discount to, the price paid for any good or service will not result in the refund of any tax, fee, or surcharge previously paid.

(i) <u>Consents Regarding Credit.</u>

In order to establish an account with us and when you order additional Leased Equipment and/or Services, you authorize us to inquire into your creditworthiness, by checking with credit reporting agencies. If you are delinquent in any payment to us, you also authorize us to report any late payment or nonpayment to credit reporting agencies. In addition, you also authorize DIRECTV to inquire into your creditworthiness with credit reporting agencies when Authorized Users (as defined below in Section 3(d)), change or order additional Leased Equipment and/or programming for your account on your behalf.

(j) <u>Collection Costs.</u>

If you fail to pay amounts you owe us, you may be subject to collections by DIRECTV or your account may be referred to a third party collection agency. To the extent permitted by law, you will pay us any costs and fees we reasonably incur to collect amounts you owe us.

## 3. CUSTOMER INFORMATION

(a) <u>Representations.</u>

You represent that you are at least 18 years of age (except you must be at least 19 years old in Alabama and Nebraska; at least 21 years old in Mississippi), and a resident of the United States.

(b) <u>Contact Information.</u>

You agree to provide true, accurate, current and complete contact information about yourself, and maintain and promptly update your contact information to keep it true, accurate and complete. With regard to all telephone numbers, including cellular numbers, you or an Authorized User choose to provide on your account, you and/or such Authorized User expressly consent and agree to receive business and informational calls relating to your Service to such numbers, including collections calls. You agree such calls may be pre-recorded messages or placed with an automatic telephone dialing system. In addition, you agree that we may send non-marketing service or account related text messages to cellular phone numbers provided on your account. Carrier message and data rates may apply but, on some text message programs you may opt out of a text message program by replying "stop" to a message from that program (visit directv.com for information). If you choose to provide an e-mail or other electronic address on your account, you acknowledge and consent to receive business and informational messages relating to your Service at the address, including delivery of the privacy policy, collections messages, and that such address is

your private address and is not accessible or viewable by any other person. You agree that DIRECTV, and its affiliates, agents and service providers may contact you at any email address or any telephone number you provide, now or in the future, or that we otherwise identify as your number, including a number for a cellular phone or other wireless device or service, regardless of whether you incur charges as a result.

(c) <u>Online Access.</u>

You can access and manage your DIRECTV account online. We reserve the right to modify security settings and impose security requirements, which can change over time, to protect against actual or potential fraud, unauthorized access, and other suspicious account activity. You agree to: (i) keep your ID, password, and other log-in credentials confidential, (ii) notify us immediately of any online security breach, and (iii) reset your ID, password, or other log-in credentials if you have reason to believe they have been, or might be, compromised.

(d) <u>Authorized User(s).</u>

You may authorize spouses, partners, family or other adult household members or designated persons to act on your behalf in managing your account, including changing or adding Leased Equipment and programming ("Authorized Users"), in two ways: (i) by providing such person access to your confidential account password; and (ii) by updating your account information to add Authorized User(s). Further, if you are not present at the time of Service installation, you hereby authorize any adult (18 or older in most states; 19 in Alabama and Nebraska; 21 in Mississippi) who is present to act on your behalf, including by accepting this Agreement and the <u>Equipment Lease Agreement</u> and any other related agreements required in connection with the completion of the installation and/or the activation of the Service and approving any changes to your Service or Equipment. If your account is password protected, the password must be provided to engage in most telephonic account management functions. You agree to immediately notify DIRECTV if your password has been compromised and/or you wish to remove an Authorized User from your account; in the absence of such notification, you are responsible for activities on your account using your password or by persons listed as Authorized Users.

## 4. CHANGES IN CONTRACT TERMS

We reserve the right to change the terms and conditions on which we offer Service including adding new terms or deleting existing ones. We will provide you with notice of material changes either in your monthly bill or separately. You always have the right to cancel your Service, in whole or in part, at any time, and you may do so if you do not accept any such changed terms or conditions. See Sections 5(b), (d) and (e) below. If you elect not to cancel your Service after receiving a new Customer Agreement, your continued receipt of Service constitutes acceptance of the changed terms and conditions. If you notify us that you do not accept such terms and conditions, then we may cancel your Service as provided in Section 5, as we cannot offer Service to different customers on different terms, among other reasons.

## 5. CANCELLATION

(a) <u>Term.</u>

The term of this Agreement is indefinite and Service will continue until canceled as provided herein. Unless you notify us that you wish to cancel it, we will automatically renew Service that you subscribe to on a periodic basis, including any monthly or annual subscriptions and seasonal sports subscriptions, as long as we continue to carry the Service.

(b) <u>Your Cancellation.</u>

You may cancel Service by calling us at 800.288.2020. Your cancellation is effective on the day we receive it unless you instruct us otherwise. You will still be responsible for payment of all outstanding balances accrued through that effective date. If you cancel Service or change your Service package, you may be subject to an Early Cancellation Fee if you agreed to a programming agreement with DIRECTV and have failed to maintain the required programming package for the required period of time. For Services sold only in blocks of one month or multiples of one month, if you cancel such Service, we will credit you only for full months not used. For example, if you subscribe for a year of such Service from January through December but cancel on March 10, we will credit you for the subscription fees for April through December. However, we will not credit any fees for January through March. **Additionally, we will not credit seasonal sports subscriptions after the season starts.**

(c) Our Cancellation.

We may cancel your Service at any time if you fail to pay amounts owing to us when due, subject to any grace periods; breach any other material provision of this Agreement; or act abusively toward our staff. If you reside in a property that provides a base programming Service to each resident (referred to as "bulk programming"), then we may disconnect, suspend or terminate your bulk programming Services and any upgrade or a la carte programming if your account is past due or not in good standing with DIRECTV. If the property-provided bulk programming Services are disconnected, suspended or terminated, then each individual subscriber's a la carte or upgrade packages may also be disconnected, suspended or terminated. In addition, we may cancel your Service if you elect not to accept any changed terms described to you, as provided in Section 4. Upon cancellation, you will still be responsible for payment of all outstanding balances accrued through the effective date, which may include an Early Termination Fee.

(d) Credit Balances.

When your account is closed, we will review your account and refund any excess monetary payments. Retention or similar credits may not be refunded.

(e) Payment Upon Cancellation.

You acknowledge that you have provided your credit or debit card information to us and you have the authority to authorize charges to the card. You understand that you will incur fees and charges as a result of your receipt and use of the Service and/or Equipment, and that you may also incur Early Termination Fees and/or Equipment non-return fees (as specified in any lease, programming or other service commitment agreement you entered into; we refer to the programming commitment as a "Service Commitment"). By giving us your credit or debit card information, which you can change at any time by contacting us, you authorize us to apply this method of payment, in accordance with applicable law, to satisfy any and all amounts due upon cancellation. You also acknowledge and agree that you are required to maintain current credit or debit card information with us and agree to notify us whenever there is a change in such information, such as a change in the card number or the expiration date and additionally, that DIRECTV may obtain such updated information through payment card networks, card issuers or other third party sources.

## 6. DIRECTV DVR SERVICE AND SOFTWARE LICENSE

DIRECTV DVR Service is a separately sold service, at our rates in effect at the time, available to customers with DVR-enabled Equipment. DIRECTV DVR Service gives you the ability to see and record televised programs ("Third Party Content"). You understand that DIRECTV does not guarantee the access to or recording of any particular program, or the length of time any particular recorded program may remain available for your viewing. You also understand that Third Party Content is the copyrighted material of the third party that supplies it, is protected by copyright and other applicable laws, and may not be reproduced, published, broadcast, rewritten or redistributed without the written permission of the third party that supplied it, except to the extent allowed under the "fair use"

provisions of the U.S. copyright laws or comparable provisions of foreign laws. You agree that DIRECTV will have no liability to you, or anyone else who uses your DIRECTV DVR Service, with regard to any Third Party Content. DIRECTV may, at its discretion, from time to time change, add or remove features of the DIRECTV DVR Service, or change the service fee for DIRECTV DVR Service.

We may use local telephone calls to provide the DIRECTV DVR Service. You are responsible for such telephone charges and acknowledge and agree that you shall be solely responsible for all disputes with any telephone company related to the same.

If you paid a "lifetime service fee," you will not be charged a fee for your DIRECTV DVR Service as long as you maintain television programming service from DIRECTV on the same account. If you disconnect your DIRECTV television programming service and later reconnect on the same account, your DIRECTV DVR Service will be reconnected and you will not be charged a fee for DIRECTV DVR Service.

The Leased Equipment incorporates software which is owned by DIRECTV or its third-party licensors (the "Software"). Before using the Leased Equipment or activating the DIRECTV DVR Service, please read the terms and conditions for use of the Software. If you do not agree to these terms you may not use the Leased Equipment and may not activate the DIRECTV DVR Service and should immediately return the Leased Equipment to DIRECTV or your supplier. These terms also apply to any modifications, updates or supplements to the Software provided to you. Below is a summary of the terms of the Software license. A complete text of the terms and conditions for use of the Software is located in the user manual and at https://www.att.com/legal/terms.dtv_softwareLicenseTerms.html.

(a) <u>License Grant and Conditions.</u>

DIRECTV grants you a non-exclusive, non- transferable, limited license to use the Software solely in executable code form and solely as integrated with, incorporated into, and in conjunction with the Leased Equipment. Certain third party Software used in connection with the Leased Equipment may be made directly available to you by the providers thereof. DIRECTV reserves the right to modify, supplement, update and otherwise alter the Software via software download or other modification procedures, and these terms will apply to such Software as modified, supplemented, updated, and otherwise altered.

(b) <u>License Restrictions.</u>

You may not copy, modify or transfer the Software, or any copy thereof, in whole or in part. You may not reverse engineer, disassemble, decompile or translate the Software, or otherwise attempt to derive the source code of the Software, except to the extent allowed under any applicable law. The Software may include some components that are covered by "free software" licenses, open source software, and other similar license use rights which require such components to be used, modified and/or distributed only under the terms of such licenses.

(c) <u>Ownership of Software and Reservation of Rights.</u>

The Software is licensed, not sold, to you for use only under the terms of this license agreement, DIRECTV is NOT transferring title or any ownership rights in the Software to you and DIRECTV and its suppliers reserve all rights not expressly granted to you. Except as stated above, this license agreement does not grant to you any intellectual property rights in the Software.

(d) <u>Termination.</u>

These terms are effective until terminated, except any provisions of this Agreement which by their express language or by their context are intended to survive the termination of this Agreement shall survive such termination. You may terminate these terms by returning the Leased Equipment to DIRECTV or your supplier. These terms will terminate

automatically without notice if you fail to comply with these terms or any other agreement between you and DIRECTV. Upon termination you must return the Leased Equipment to DIRECTV or your supplier.

(e) Software Disclaimer.

THE SOFTWARE IS TO THE EXTENT PERMITTED BY LAW SUPPLIED AS IS AND WITH ALL FAULTS. NEITHER DIRECTV NOR ANY OF ITS LICENSORS EXPRESSLY MAKES OR PASSES ON TO YOU ANY WARRANTY OR REPRESENTATION ON BEHALF OF DIRECTV OR ITS LICENSORS WITH RESPECT TO THE SOFTWARE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES, EXPRESS OR IMPLIED, INCLUDING (BUT NOT LIMITED TO) ANY IMPLIED WARRANTIES OF MERCHANTABILITY,SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS.

(f) Limitation of Liability for Software.

IN NO EVENT WILL DIRECTV OR ITS LICENSORS BE LIABLE TO YOU WITH RESPECT TO THE SOFTWARE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR INCIDENTAL DAMAGE (INCLUDING LOSS OF PROFITS, LOST SAVINGS, LOSS OF DATA OR THE COST OF PROCUREMENT OF SUBSTITUTE GOODS, TECHNOLOGY OR SERVICES) ARISING OUT OF THE USE OR THE INABILITY TO USE THE SOFTWARE, EVEN IF DIRECTV OR ITS LICENSORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY A THIRD PARTY. Some states or jurisdictions do not allow the exclusion or limitation of incidental, consequential or special damages, so the above limitations may not apply to you.

(g) Additional Information.

DIRECTV's licensors and suppliers shall be third-party beneficiaries of these license terms, as applicable. Certain additional terms and information for the Software and certain third party software (including the text of licenses applicable to any free, open source and other similar software that may be included in the Software), may be found in the DIRECTV website located at www.att.com, and the GNU website located at www.gnu.org.

(h) Third-Party Beneficiary.

DIRECTV and you expressly acknowledge and agree that TiVo, Inc., a Delaware corporation with its principal place of business at 2160 Gold Street, Alviso, CA 95002, is an intended third-party beneficiary of this license agreement as it relates to TiVo software that may be contained in the Leased Equipment. These license provisions are made expressly for the benefit of TiVo and are enforceable by TiVo in addition to DIRECTV.

## 7. LIMITS ON OUR RESPONSIBILITY

(a) Service Interruptions.

Service may be interrupted from time to time for a variety of reasons. We are not responsible for any interruptions of Service that occur due to acts of God, power failure or any other cause beyond our reasonable control. However, because we value our customers, for an interruption of a significant length of time that is within our reasonable control, upon your request we will provide what we reasonably determine to be a fair and equitable adjustment to your account to make up for such Service interruption. THIS WILL BE YOUR SOLE REMEDY AND OUR SOLE DUTY IN SUCH CASES.

(b) WARRANTY DISCLAIMER.

EXCEPT AS PROVIDED HEREIN, WE MAKE NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, REGARDING ANY SERVICE OR YOUR EQUIPMENT, WHICH IS PROVIDED TO YOU AS IS AND WITH ALL FAULTS. ALL SUCH WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND

FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. YOU BEAR THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE EQUIPMENT.

(c) <u>Limitations of Liability.</u>

WE ARE NOT RESPONSIBLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR LOSSES ARISING OUT OF OR RELATING TO THE EQUIPMENT OR THE SERVICE, WHETHER BASED ON NEGLIGENCE OR OTHERWISE. Some states or jurisdictions do not allow the exclusion or limitation of consequential or other damages, so the above limitation may not fully apply to you.

(d) <u>Warranty Services.</u>

You agree that this Agreement does not provide for, and the Service does not include, any warranty services or other services that we might provide separately, including, without limitation, any fee based or other programs.

(e) <u>No Responsibility for Third Party Services.</u>

DIRECTV may permit you to connect to and access devices, products, services, websites, advertisements, and content of third parties such as other advertisers, publishers, vendors, and manufacturers of devices (collectively "**Third Party Services**"), but YOUR USE OF THIRD PARTY SERVICES IS AT YOUR SOLE RISK AND DISCRETION. Although DIRECTV may provide the opportunity for you to connect to or access Third Party Services, you acknowledge and agree that DIRECTV does not control Third Party Services, is not responsible for Third Party Services, and does not provide customer service, repairs, or other support for any Third Party Services. You further acknowledge and agree that your use of Third Party Services is governed by separate the terms of use set by such third parties, including their privacy policies. DIRECTV makes no representation or warranty about the safety or quality of any Third Party Services. DIRECTV does not investigate, monitor, represent, endorse, guarantee, or assume responsibility for Third Party Services. DIRECTV reserves the right in its sole discretion to restrict or deny access to any Third Party Services. DIRECTV shall have no liability to you arising out of, and is not responsible in any way for, your connection to, access to, or use (or misuse) of the any Third Party Services. DIRECTV is not responsible for any harm or losses arising from or relating to your connection to, access to, or use of any Third Party Services. For customer service, repairs, questions, and other support regarding Third Party Services, you should contact the provider of the Third Party Service.

## 8. DISPUTE RESOLUTION BY BINDING ARBITRATION

PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.

**8.1 <u>Summary:</u>**

Most customer concerns can be resolved quickly and to the customer's satisfaction by calling our customer service department at 800.288.2020. **In the unlikely event that DIRECTV's customer service department is unable to resolve a complaint you may have to your satisfaction (or if DIRECTV has not been able to resolve a dispute it has with you after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or small claims court instead of in courts of general jurisdiction.** Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. **Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted.** For any non-frivolous claim that does not exceed $75,000,

DIRECTV will pay all costs of the arbitration. Moreover, in arbitration you are entitled to recover attorneys' fees from DIRECTV to at least the same extent as you would be in court.

In addition, under certain circumstances (as explained below), DIRECTV will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) twice his or her reasonable attorneys' fees if the arbitrator awards you an amount that is greater than what DIRECTV has offered you to settle the dispute.

**8.2 Arbitration Agreement**

(1)

DIRECTV and you agree to arbitrate **all disputes and claims** between us. This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory;
- claims that arose before this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and
- claims that may arise after the termination of this Agreement.

References to "DIRECTV," "you," and "us" include our respective subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns, as well as all authorized or unauthorized users or beneficiaries of Service(s), Equipment or Devices under this or prior Agreements between us. Notwithstanding the foregoing, either party may bring an individualized action in small claims court. This arbitration agreement does not preclude you from bringing issues to the attention of federal, state, or local agencies, including, for example, the Federal Communications Commission. Such agencies can, if the law allows, seek relief against us on your behalf. **You agree that, by entering into this Agreement, you and DIRECTV are each waiving the right to a trial by jury or to participate in a class action.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of this Agreement.

(2)

A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("Notice"). The Notice to DIRECTV should be addressed to: DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA, 90245 ("Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If DIRECTV and you do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or DIRECTV may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by DIRECTV or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or DIRECTV is entitled. You may download or copy a form Notice and a form to initiate arbitration at att.com/arbitration-forms

(3)

After you have commenced arbitration, DIRECTV will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than $75,000. (The filing fee currently is $200 for claims under $10,000 but is subject to change by the arbitration provider. If you are unable to pay this fee, DIRECTV will pay it directly upon receiving a

written request at the Notice Address.) The arbitration will be governed by the Consumer Arbitration Rules ("AAA Rules") of the American Arbitration Association ("AAA"), as modified by this Agreement, and will be administered by the AAA. If the AAA is unavailable, the parties shall agree to another arbitration provider or the court shall appoint a substitute. The AAA Rules are available online at adr.org, by calling the AAA at 800.778.7879, or by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at att.com/arbitration-information.) The arbitrator is bound by the terms of this Agreement. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provision are for the court to decide. Unless DIRECTV and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. If your claim is for $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. Except as otherwise provided for herein, DIRECTV will pay all AAA filing, administration, and arbitrator fees for any arbitration initiated in accordance with the notice requirements above. If, however, the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse DIRECTV for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. In addition, if you initiate an arbitration in which you seek more than $75,000 in damages, the payment of these fees will be governed by the AAA rules.

(4)

If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of DIRECTV's last written settlement offer made before an arbitrator was selected, then DIRECTV will:

- pay you the amount of the award or $10,000 ("the alternative payment"), whichever is greater; and
- pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration ("the attorney premium").

If DIRECTV did not make a written offer to settle the dispute before an arbitrator was selected, you and your attorney will be entitled to receive the alternative payment and the attorney premium, respectively, if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, and the alternative payment and the attorney premium at any time during the proceedings and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

(5)

The right to attorneys' fees and expenses discussed in paragraph (4) supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorneys' fees or costs. Although under some laws DIRECTV may have a right to an award of attorneys' fees and expenses if it prevails in arbitration, DIRECTV agrees that it will not seek such an award.

(6)

The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. **YOU AND DIRECTV AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.** Further, unless both you and DIRECTV agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If applicable law precludes enforcement of any of this paragraph's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from arbitration and may be brought in court.

(7)

Notwithstanding any provision in this Agreement to the contrary, we agree that if DIRECTV makes any future change to this arbitration provision (other than a change to the Notice Address) during your Service Commitment, you may reject any such change by sending us written notice within 30 days of the change to the Arbitration Notice Address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision.

## 9. MISCELLANEOUS

(a) Notice.

Notices to you will be deemed given when personally delivered, addressed to you at your last known address and deposited in the U.S. Mail (which may include inclusion in your billing statement), or sent via internet to the e-mail address you provided us or sent via satellite to your receiver or delivered when a voice message is left at the telephone number on your account. Your notices to us will be deemed given when we receive them at the telephone number on the first page of this Agreement.

(b) Applicable Law.

The interpretation and enforcement of this Agreement and any disputes related to your agreements or service with DIRECTV shall be governed by the rules and regulations of the Federal Communications Commission, other applicable federal laws, and the laws of the state and local area where Service is provided to you. This Agreement is subject to modification if required by such laws. Notwithstanding the foregoing, Section 8 shall be governed by the Federal Arbitration Act.

(c) Assignment of Account.

We may assign your account or this Agreement and all rights and/or obligations hereunder to any third party without notice for any purpose, including, without limitation, collection of unpaid amounts, or in the event of an acquisition, corporate reorganization, merger or sale of substantially all of DIRECTV's assets to another entity. You hereby consent to such assignment. You must continue making all required payments to us in accordance with your billing statement, unless notified otherwise.

(d) Other.

This Agreement, the Equipment Lease Agreement and Landlord Approval Form and any other lease, activation, programming or service commitment agreement that you entered into in connection with obtaining the Service or the Equipment constitute our entire agreement. No salesperson or other representative is authorized to change it. If any provision is declared by a competent authority to be invalid that provision will be deleted or modified to the extent necessary, and the rest of the Agreement will remain enforceable.

(e) English Language.

The original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version.

**THANK YOU.**