UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JANTOS, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

DIRECTV, et al.,

Defendants.

C18-413 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 25, to extend certain deadlines is GRANTED as follows:

(a) The motion to dismiss brought by defendant Qwest Corporation d/b/a CENTURYLINK QC, docket no. 21, and the motion to compel arbitration or alternatively to dismiss for lack of standing brought by defendants DIRECTV and DIRECTV, LLC, docket no. 22, are RENOTED to June 22, 2018. Responses shall be due on June 11, 2018, and replies shall be due on the new noting date.

(b) The deadline for a Rule 26(f) conference is EXTENDED to July 13, 2018, and the deadlines for initial disclosures pursuant to Rule 26(a)(1) and for submitting a Joint Status Report as required by the Minute Order entered April 2, 2018, docket no. 4, is EXTENDED to July 27, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1