1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                           AT SEATTLE

8   JAMES JANTOS, individually and on
    behalf of similarly situated individuals,
9
                    Plaintiff,
10                                                    C18-413 TSZ

         v.
11                                                    MINUTE ORDER

12  DIRECTV, et al.,

                    Defendants.
13

14      The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:
15
         (1)    The parties' stipulated motion, docket no. 30, to extend certain deadlines is
16  GRANTED as follows:

17          (a)    The motion to dismiss brought by defendant Qwest Corporation
        d/b/a CenturyLink QC, docket no. 21, and the motion to compel arbitration or
        alternatively to dismiss for lack of standing brought by defendants DIRECTV
18      and DIRECTV, LLC, docket no. 22, are RENOTED to August 3, 2018.  Any
        replies shall be due on the new noting date.
19
            (b)    The deadline for a Rule 26(f) conference is EXTENDED to
20      August 31, 2018, and the deadlines for initial disclosures pursuant to Rule
        26(a)(1) and for submitting a Joint Status Report as required by the Minute
21      Order entered April 2, 2018, docket no. 4, are EXTENDED to September 14,
        2018.
22

23

MINUTE ORDER - 1

1            (c)    If the parties reach a settlement in principle as a result of their
mediation on July 16, 2018, counsel shall immediately contact Karen Dews at
2    (206) 370-8830.  Counsel for all parties shall participate in such call.

3            (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

4
        Dated this 22nd day of June, 2018.

5

6                      William M. McCool
                  Clerk

7                      s/Karen Dews
                  Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2