# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES JANTOS, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

DIRECTV, et al.,

Defendants.

C18-413 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 32, the Court orders as follows:

    (a) The motion to dismiss brought by defendant Qwest Corporation d/b/a CenturyLink QC, docket no. 21, and the motion to compel arbitration or alternatively to dismiss for lack of standing brought by defendants DIRECTV and DIRECTV, LLC, docket no. 22, are RENOTED to August 24, 2018. Any replies shall be due on the new noting date.

    (b) The deadline for a Rule 26(f) conference is EXTENDED to September 21, 2018, and the deadlines for initial disclosures pursuant to Rule 26(a)(1) and for submitting a Joint Status Report as required by the Minute Order entered April 2, 2018, docket no. 4, are EXTENDED to October 5, 2018.

MINUTE ORDER - 1

(c) If the parties reach a settlement in principle as a result of further negotiations subsequent to the mediation held on July 16, 2018, counsel shall immediately contact Karen Dews at (206) 370-8830. Counsel for all parties shall participate in such call.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2