UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JANTOS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV; DIRECTV, LLC; and QWEST CORP. dba CENTURYLINK QC,<br><br>Defendants. | C18-413 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having telephonically advised the Court that this matter has settled in principle, and pursuant to the agreement of all parties, the Court ORDERS as follows:

(a) Defendant Qwest Corporation's motion to dismiss, docket no. 21, and defendants DIRECTV's and DIRECTV, LLC's motion to compel arbitration or alternatively dismiss for lack of standing, docket no. 22, are STRICKEN without prejudice to refiling in the event that the parties are unable to perfect their settlement;

(b) The deadlines for conducting a Rule 26(f) conference, exchanging initial disclosures, and filing a Joint Status Report are STRICKEN; and

(c) Any motion for preliminary approval of a class action settlement shall be filed on or before October 11, 2018.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2018.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk