UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JANTOS, individually and on behalf of similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, et al.,<br><br>Defendants. | C18-413 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 35, the deadline set forth in the Minute Order entered August 14, 2018, docket no. 34, for the filing of any motion for preliminary approval of a class action settlement is hereby EXTENDED to October 22, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1