UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JANTOS, individually and on
behalf of similarly situated individuals

Plaintiff,

v.

DIRECTV, et al.,

Defendants.

C18-413 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion for a stay, docket no. 43, is GRANTED in
part and DENIED in part as follows.  If a renewed motion for preliminary approval of
class action settlement is not timely filed by December 12, 2018, then defendants shall
file any pleading or motion responsive to plaintiff's Amended Complaint, docket no. 42,
by December 19, 2018.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 6th day of December, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1